UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
:
KELLY TOYS HOLDINGS, LLC,                                        :
:
Plaintiff,                                :
:           22-CV-9384 (JMF)
-v-                                 :
:              ORDER
19885566 STORE et al.,                                           :
:
Defendants.                              :
:
-----------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    As stated on the record during the teleconference held earlier today:

- The Temporary Restraining Order in this case is extended to **January 9, 2023**, as the Court finds, pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure, good cause exists, namely to give Defendants adequate time to appear and oppose entry of a preliminary injunction.

- The deadline for Defendants to oppose the proposed preliminary injunction is extended to **January 3, 2023**, with Plaintiff's replies, if any, due **January 5, 2023**. Plaintiff shall file a revised proposed preliminary injunction order by **January 5, 2023**, alongside a redline of its earlier proposed preliminary injunction.

- If no Defendant appears, the Court will enter a preliminary injunction without further notice to Defendants.

- Plaintiff shall serve a copy of this Order on Defendants in accordance with the provision of the Temporary Restraining Order and file proof of such service by **December 15, 2022**.

**Further, the Clerk of Court is directed to unseal this matter and docket all previously filed documents.**

    SO ORDERED.

Dated: December 12, 2022
       New York, New York

                                            JESSE M. FURMAN
                                            United States District Judge