UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 :
KELLY TOYS HOLDINGS, LLC, :
 :
                Plaintiff, :
 : 22-CV-9384 (JMF)
   -v- :
 : ORDER
 :
19885566 STORE et al., :
 :
                Defendants. :
 :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      It is hereby ORDERED that Plaintiff appear for a conference with the Court on **November 14, 2022**, at **11:00 a.m.** Plaintiff should be prepared to discuss the propriety of electronic service on entities in China.

      The conference will be held remotely by telephone in accordance with Rule 3.B of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. Plaintiff should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. **The passcode is 9384.** Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call. **Because this is a sealed matter, the conference passcode should not be shared with anyone not participating in the conference.**

      SO ORDERED.

Dated: November 10, 2022
       New York, New York
                                              _____
                                              JESSE M. FURMAN
                                             United States District Judge