JUDGE FURMAN Case 1:22-cv-09384-JMF   Document 19   Filed 12/12/22   Page 1 of 2
Case 1:22-mc-00296-LGS   Document 3   Filed 10/27/22   Page 1 of 4

22 CV 09384

Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Kelly Toys Holdings, LLC*

DOC #_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY TOYS HOLDINGS, LLC,<br><br>*Plaintiff*<br><br>v.<br><br>19885566 STORE, ANIMATION PLUSH STORE, ANKANG AIDUOBAO ANIMATION CULTURE INDUSTRY CO., LTD., BAEBAE STORE, BAODING KAIYU ARTS & CRAFTS MANUFACTURING CO., LTD., CHINESE PLUSH TOY STORE, COMFORTABLE LIFE 1026 STORE, CZ TOY STORE, DEERBABY TOY STORE, DOLLFIGE STORE, DONGGUAN BINFA TOYS CO., LTD., DONGGUAN JUN OU TOYS CO., LTD., DONGGUAN YIKANG PLUSH TOYS CO., LTD., DONGGUAN YOURUN TOYS LTD., DONGGUAN YUANKANG PLUSH TOYS CO., LTD., DROPSHOIP TOY STORE, FASHION HELLO KITTY SECRET STORE, FASHION TRENDS STORE, FORKIDS STORE, FUN PLUSH TOY STORE, FUNFUN TOY STORE, FUZHOU ZHONGCHUANG TIMES TECHNOLOGY CO., LTD., GISELLE TOYS STORE, GUANGDONG HAYIDAI TOYS CO., LTD., GUANGZHOU KINGKONG INDUSTRIAL CO., LTD., HANGZHOU BAIXIN IM.& EXP. CO., LTD., HI TOY TRIBE STORE, HOUSE ZONE STORE, JANEDREAM BABY STORE, JINHUA HAIRONG IMPORT AND EXPORT CO., LTD., JOEANNO TOY FACTORY STORE, KI HOUSE TOY STORE, KIRINBOY TOY | MISCELLANEOUS CASE No.<br>No. 22-mc-296<br><br>[PROPOSED]<br>ORDER TEMPORARILY<br>SEALING FILE<br><br>FILED UNDER SEAL |

On this day, the Court considered Plaintiff's Motion for Leave to File Case Under Seal and it is hereby ORDERED that the Clerk of the Court shall maintain the documents associated with the above-referenced action, including, but not limited to, Plaintiff's Complaint and exhibits attached thereto and Plaintiff's *ex parte* application for: 1) a temporary restraining order; 2) an order restraining Merchant Storefronts and Defendants' Assets with the Financial Institutions; 3) an order to show cause why a preliminary injunction should not issue; 4) an order authorizing bifurcated and alternative service; and 5) an order authorizing expedited discovery and the supporting declarations of Jonathan Kelly and Gabriela N. Nastasi and exhibits attached thereto under seal for a period of one (1) week, or until further order by the Court.

The Clerk of the Court is directed to restrict access to this Order to the selected party viewing level. The Clerk of the Court is directed to close this miscellaneous matter. It is also hereby ORDERED that, notwithstanding this Order to Temporarily Seal File, the Clerk of the Court shall have authority to provide Plaintiff with certified copies of any orders entered in this matter while under seal.

SIGNED this 27th day of October 27, 2022, ~~at_____.m.~~

> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

1