UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
KELLY TOYS HOLDINGS, LLC,                      :
:
Plaintiff,           :
:     22-CV-9384 (JMF)
-v-                                  :
:           ORDER
19885566 STORE et al.,                          :
:
Defendants.          :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

It is hereby ORDERED that Plaintiff and Third-Party Service Providers Alibaba and AliExpress (the "Third-Party Service Providers") appear for a conference with the Court on **February 1, 2023**, at **11:00 a.m.**, in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York. Plaintiff and the Third-Party Service Providers should be prepared to discuss Plaintiff's motion, *see* ECF No. 24, and the Third-Party Service Providers' alleged failure to comply with the Court's Preliminary Injunction Order, ECF No. 22.

Plaintiff shall **immediately** serve a copy of this Order on the Third-Party Service Providers, in accordance with Section 5 of the Preliminary Injunction Order, ECF No. 22, and on the Third-Party Service Providers' outside counsel, as identified in the Futterman Declaration and its attached exhibits, ECF No. 25, and shall, no later than **January 26, 2023**, file proof of such service on ECF.

SO ORDERED.

Dated: January 25, 2023
       New York, New York

_____
JESSE M. FURMAN
United States District Judge