UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
KELLY TOYS HOLDINGS, LLC,                               :
:
                    Plaintiff,                             :
:      22-CV-9384 (JMF)
     -v-                                                   :
:      ORDER
19885566 STORE, et al.,                                  :
:
                    Defendants.                           :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On July 12, 2023, Alibaba filed a motion for reconsideration of this Court's June 29, 2023 Opinion and Order, and sought a stay of enforcement of the Order pending a ruling on its motion. ECF No. 104. The Court temporarily GRANTS Alibaba's motion to stay. If Plaintiff objects to the stay remaining in place pending resolution of the motion for reconsideration, it shall file a letter no later than **July 19, 2023**, indicating why. If no letter is filed by that date, the stay will remain in place until the Court rules on the pending motion.

       Plaintiff's response to Alibaba's motion for reconsideration is due **July 26, 2023**. Alibaba's reply, if any, is due **August 2, 2023.**

       SO ORDERED.

Dated: July 13, 2023
       New York, New York
                                                      _____
                                                      JESSE M. FURMAN
                                                  United States District Judge