UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
KELLY TOYS HOLDING, LLC,                                           :
:
                           Plaintiff,                              :
:
            -v-                                                    :     22-CV-9384 (JMF)
:
:                                                                        ORDER
19885566 STORE et al.,                                             :
:
                           Defendants.                             :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated during the teleconference held earlier today, all parties shall appear for a conference with the Court on **November 13, 2024**, at **3:00 p.m.**  The parties are reminded that by Thursday of the week prior to the conference, they shall file on ECF a joint letter, the contents of which are described in the Civil Case Management Plan.  *See* ECF No. 144, at 5-6.

      Unless and until the Court orders otherwise, the conference will be held remotely by telephone in accordance with Rule 3.B of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.  Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

      SO ORDERED.

Dated: June 25, 2024
      New York, New York

                                                                                                 _____
                                                                                     JESSE M. FURMAN
                                                                             United States District Judge