UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
KELLY TOYS HOLDINGS LLC.,                                         :
:
:
Plaintiff,                                       :
:   22-CV-9384 (JMF)
-v-                                              :
:   ORDER
:
19885566 STORE et al.,                                            :
:
Defendants.                                      :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     In light of the new fact discovery deadline, *see* ECF No. 181, the pretrial conference currently scheduled for April 9, 2025, is hereby ADJOURNED to **June 25, 2025**, at **9:00 a.m.** The Court will hold one pretrial conference on that day for cases 21-CV-8434, 22-CV-9384, and 23-CV-3472.

     SO ORDERED.

Dated: March 31, 2025
      New York, New York
                                                          JESSE M. FURMAN
                                         United States District Judge